OPINION — AG — ** EMPLOYEES — OVERTIME ** THE PROVISION AT THE END OF 61 O.S. 4 [61-4] THAT THE PROVISION OF THIS ACT WILL NOT PREVENT EMPLOYEES FROM DRAWING TIME AND HALF FOR THOSE HOURS WORKED OVER FORTY(40) DURING ANY CALENDAR WEEK " DOES 'NOT' REQUIRE ANY COUNTY OFFICER, BOARD OR COMMISSION TO PAY ANY COUNTY EMPLOYEE TIME AND A HALF FOR ANY HOURS WORKED IN EXCESS OF FORTY DURING ONE CALENDAR WEEK. (OVERTIME, COMPENSATION, LABOR, OFFICE WORK) CITE: 19 O.S. 1 [19-1], 61 O.S. 3 [61-3], 61 O.S. 4 [61-4] [61-4], ARTICLE XXIII, SECTION 1 (JAMES C. HARKIN)